738

the Ninth Circuit denied. *Messrs. Robert W. Kenny,* Attorney General of California, and *Hartwell H. Linney,* Assistant Attorney General, for petitioner. *Mr. Norman A. Bailie* for respondents.

No. 96. PETTY *v.* MISSOURI & ARKANSAS RAILWAY Co. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. W. R. Donham* and *Sam M. Wassell* for petitioner. *Messrs. W. S. Walker* and *Virgil D. Willis* for respondent.

No. 97. WEST VIRGINIA GLASS SPECIALTY Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Herbert M. Blair, Birk S. Stathers,* and *W. G. Stathers* for petitioner. *Assistant Solicitor General Cox, Messrs. Robert B. Watts* and *Ernest A. Gross,* and *Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.

No. 101. KEESHIN MOTOR EXPRESS Co., INC. *v.* INTERSTATE COMMERCE COMMISSION. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Luther M. Walter* and *Floyd F. Shields,* and *Mrs. Helen W. Munsert* for petitioner. *Solicitor General Fahy* and *Messrs. Daniel W. Knowlton, Allen Crenshaw,* and *Gregory U. Harmon* for respondent.

No. 102. NORTH CAROLINA FINISHING Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Ap-